1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8
9
10

DIEAUKA Y. BRADLEY,

Plaintiff,

v.

DENNIS BUSS, *et al.*,

Defendants.

Case No.  C08-5498RBL

ORDER DENYING PLAINTIFF'S
MOTION TO REDUCE
COLLECTION AND SUSPEND
FORWARD PAYMENTS UNTIL
CONCLUSION OF LITIGATION

11
12
13
14
15
16

        The court, having reviewed plaintiff's "Motion To Reduce Collection And Suspend Forward

Payments Until Conclusion of Litigation" (Doc. 7), does hereby find and ORDER:

        (1)   Plaintiff's motion is DENIED.  Plaintiff's asks the court to grant further relief than authorized

by the statute governing *in forma pauperis* applicants.

        (2) Plaintiff's application to proceed *in forma pauperis* was granted on August 27, 2008.  The

benefits of proceeding in forma pauperis and the filing fee collection process are specifically stated in 28

U.S.C. § 1915.  Congress did not authorize the court to deviate from those requirements.

        (3) The Clerk is directed to send copies of this Order to plaintiff and to counsel for defendant(s).

        DATED this 6th  day of October, 2008.

                                                */s/ J. Kelley Arnold*
                                                J. Kelley Arnold
                                                United States Magistrate Judge

ORDER
Page - 1