UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DIEAUKA Y. BRADLEY,

    Plaintiff,

  v.

DENNIS BUSS, *et al.*,

    Defendants.

Case No. C08-5498RBL

ORDER DENYING PLAINTIFF'S MOTION FOR SANCTIONS

The Court, having reviewed the record in this matter, does hereby find and ORDER:

(1) Plaintiff's motion for $250.00 in sanctions (Doc. 18) is premised on the argument that Defendants have defaulted, i.e., Defendants have not filed an Answer or other affirmative pleading in a timely manner. The time to filed an Answer or other affirmative pleading has not expired.

(2) Plaintiff's motion for sanctions (Doc. 18) is DENIED.

(3) The Clerk is further directed to send copies of this Order to plaintiff and to counsel of record, if any has appeared as of this date.

DATED this 17th day of November 2008.

                                      */s/ J. Kelley Arnold*
                                      J. Kelley Arnold
                                      United States Magistrate Judge