UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DIEAUKA Y. BRADLEY,<br><br>    Plaintiff,<br><br> v.<br><br>DENNIS BUSS, *et al.,*<br><br>    Defendants. | Case No. C08-5498RBL<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR DEFAULT |

This matter comes before the court on plaintiff's motion for default, (Doc. 15). The Court, having reviewed plaintiff's request and motion for default, the Report and Recommendation of Judge J. Kelley Arnold, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1)   The Court adopts the Report and Recommendation;

(2)   Plaintiff's motion for default is **DENIED**; and

(3)   The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to Judge J. Kelley Arnold.

DATED this 23rd day of December, 2008.

         */s/ Ronald B. Leighton*
         RONALD B. LEIGHTON
         UNITED STATES DISTRICT JUDGE