UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DIEAUKA Y. BRADLEY,

        Plaintiff,

v.

DENNIS BUSS, *et* al.,

        Defendants.

CASE NO. C08-5498RBL

ORDER EXTENDING
PRETRIAL DEADLINES

This 42 U.S.C. § 1983 action has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636 (b) (1) (A) and 636 (b) (1) (B) and Local Magistrates Judges' Rules MJR 1, MJR 3, and MJR 4. The matter is before the court on defendants' motion for an extension of time (Doc. 11). The court, having reviewed the motion and the balance of the record, finds and orders as follows:

    (1)    Defendants' motion is GRANTED. The dispositive motion deadline is reset to November 16, 2009, and the joint status report due date is extended until December 29, 2009.

ORDER - 1

(2) The court clerk is directed to send plaintiff a copy of this order.

Dated this 8th day of September, 2009.

*J. Richard Creatura*
J. Richard Creatura
United States Magistrate Judge

ORDER - 2