1

2

3

4

5

6

7

8

MAGISTRATE JUDGE J. RICHARD CREATURA
HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9  DIEAUKA Y. BRADLEY,

10                              Plaintiff,

11       v.

12  DENNIS BUSS, et al.,

13                              Defendants.

NO. C08-5498RBL/JRC

STIPULATED MOTION AND
ORDER OF DISMISSAL

NOTE ON MOTION CALENDAR:
OCTOBER 1, 2009

14       IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, DIEAUKA

15  Y. BRADLEY, appearing pro se, and the Defendants through their attorneys ROBERT M.

16  MCKENNA, Attorney General, and PETER W. BERNEY, Assistant Attorney General, that

17  the parties to this action seek dismissal of the Complaint, with prejudice, in accordance with

18  the terms of the Settlement Agreement entered into by the parties in the above-entitled action.

19  ROBERT M. MCKENNA

20  Attorney General

21

22  s/ Pete Berney                          9-3-09
    PETER W. BERNEY WSBA #15719    DATE
    Assistant Attorney General
23  Attorney for Defendants

24

25  s/ Dieauka Y. Bradley                  9-4-09
    DIEAUKA Y. BRADLEY              DATE
    Plaintiff, Pro Se
26

STIPULATED MOTION AND ORDER          1
OF DISMISSAL NO. C08-5498RBL/JRC

1

## ORDER

2   THIS MATTER having come before this Court on the stipulation of the parties, and it

3   appearing to the Court that all matters in controversy herein between the Plaintiff, Dieauka Y.

4   Bradley, and all Defendants have been fully settled and compromised, and the Court having

5   been advised in the premises, now, therefore,

6   IT IS HEREBY ORDERED, that Plaintiff Dieauka Y. Bradley's claims against all

7   Defendants, in the above-referenced cause of action, are hereby dismissed with prejudice as

8   agreed by the parties in the Release and Settlement Agreement.

9   DONE this 2nd day of October , 2009.

10

11   RONALD B. LEIGHTON
     United States District Court Judge

12

13   Presented By:

14   s/ Pete Berney                                          9-3-09
15   PETER W. BERNEY, WSBA #15719          DATE
     Assistant Attorney General

16   Approved as to form
17   Notice of Presentment Waived:

18   s/ Dieauka Y. Bradley                                 9-4-09
19   DIEAUKA Y. BRADLEY                        DATE
     Plaintiff Pro Se

20

21

22

23

24

25

26

STIPULATED MOTION AND ORDER                    2
OF DISMISSAL  NO. C08-5498RBL/JRC